Caitlin Comstock Blanche (SBN 254109)
   caitlin.banche@klgates.com
**K&L GATES LLP**
One Park Plaza 12th Floor
Irvine, CA 92614
Tel: (949) 253-0900
Fax: (949) 253-0902

Christopher Centurelli (admitted *pro hac vice*)
   christopher.centurelli@klgates.com
David A. Simons (admitted *pro hac vice*)
   david.simons@klgates.com
**K&L GATES LLP**
One Lincoln Street
Boston, MA 02111
Tel: (617) 261-3100
Fax: (617) 261-3175

Erik J. Halverson (admitted *pro hac vice*)
   erik.halverson@klgates.com
**K&L GATES LLP**
70 W. Madison, Ste. 3300
Chicago, IL 60602
Tel: (312) 807-4240
Fax: (312)345-8529

*Attorneys for Plaintiffs Barco NV and Barco, Inc.*

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| **BARCO NV and BARCO, INC.**<br><br>    **Plaintiffs,**<br><br>v.<br><br>**VIVITEK CORPORATION and DELTA ELECTRONICS, INC.**<br><br>    **Defendants** | Civil Action No. 4:19-cv-03250-JST<br><br>**CONSENT JUDGMENT, PERMANENT INJUNCTION AND DISMISSAL WITH PREJUDICE**<br><br>Judge: Honorable Jon S. Tigar |

1.     The parties hereto having agreed to a settlement of the claims between them, and having stipulated to the entry of this consent judgment, it is hereby ORDERED, ADJUDGED, AND DECREED:

1. This Court has jurisdiction over Defendants Vivitek Corporation and Delta Electronics, Inc. (collectively "Defendants") for the purpose of this Consent Judgment and over the subject matter of the issues in this action and any action arising out of this Judgment.  Defendants consent to jurisdiction of this Court, and this Court retains jurisdiction for the purpose of executing and enforcing this Consent Judgment and Permanent Injunction.

2. As used herein, the term "Barco" shall mean the Plaintiffs in this matter, Barco NV and Barco, Inc.

3. As used herein, the term "Defendants' LauncherPlus Product" shall mean all versions and variations of products that include the LauncherPlus, including the LauncherOne, LauncherPlus, and LauncherPlus (USB-C) products, the products accused of infringement in Barco's Infringement Contentions Served on November 7, 2019 and First Amended Infringement Contentions filed March 11, 2020.

4. As used herein, the term "Patents-in-Suit" shall mean U.S. Patent Nos. 8,756,348; 9,083,769; 10,585,814; and D699,241.

5. Defendants agree to the entry of Barco's proposed Amended Complaint filed as Exhibit A to D.I. 46 on March 11, 2020, adding U.S. Patent No. 10,585,814 to this proceeding.

6. Defendants represent and warrant that as of the date of this Consent Judgment, they have discontinued all sales of the Defendants' LauncherPlus Product in the United States.

7. Until the expiration of the last of the Patents-in-Suit, Defendants, including any of their successors and assigns, are enjoined from making, having made, using, selling, offering to sell, importing, and/or distributing any of the Defendants' LauncherPlus Product, and/or any merely colorable variation of Defendants' LauncherPlus Product in the United States, unless and to the extent otherwise explicitly authorized by Barco.

8. Compliance with this Consent Judgment and Permanent Injunction may be enforced by Barco and its respective successors-in-interest or assigns in this Court.

9. This Court retains jurisdiction over the parties to enforce the terms of this Consent Judgment and to enforce and resolve any disputes related to the parties' resolution of this action.

10. All claims, counterclaims, affirmative defenses and other demands in this action are hereby dismissed with prejudice. Each party shall bear its own costs, disbursements, and attorneys' fees.

**IT IS SO ORDERED.**

Dated: April 27, 2020

Honorable Jon S. Tigar
UNITED STATES DISTRICT JUDGE

We hereby consent to the form and entry of this Order:

| | |
|---|---|
| **FINNEGAN HENDERSON FARABOW, GARRETT & DUNNER, LLP** | **K&L GATES LLP** |
| /s/ *Erik R. Puknys* <br> Erik R. Puknys (SBN 190926) <br> erik.puknys@finnegan.com <br> Gary C. Ma (SBN 221294) <br> gary.ma@finnegan.com <br> FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP <br> 3300 Hillview Avenue <br> Palo Alto, CA 94304 <br> Telephone: (650) 849-6600 <br> Facsimile: (650) 849-6666 <br><br> E. Robert Yoches (pro hac vice) <br> bob.yoches@finnegan.com <br> Elizabeth D. Ferrill (pro hac vice) <br> elizabeth.ferrill@finnegan.com <br> FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP <br> 901 New York Avenue NW <br> Washington, DC 20001 <br> Telephone: (202) 408-4000 <br> Facsimile: (202) 408-4400 <br><br> *Attorneys for Defendants Vivitek Corporation and Delta Electronics, Inc.* | /s/ *Christopher Centurelli* <br> Caitlin Comstock Blanche (SBN 254109) <br> caitlin.banche@klgates.com <br> One Park Plaza 12th Floor <br> Irvine, CA 92614 <br> Tel: (949) 253-0900 <br> Fax: (949) 20902 <br><br> Christopher Centurelli (admitted pro hac vice) <br> christopher.centurelli@klgates.com <br> David A. Simons (admitted pro hac vice) <br> david.simons@klgates.com <br> **K&L GATES LLP** <br> One Lincoln Street <br> Boston, MA 02111 <br> Tel: (617) 261-3100 <br> Fax: (617) 261-3175 <br><br> Erik J. Halverson (admitted pro hac vice) <br> erik.halverson@klgates.com <br> **K&L GATES LLP** <br> 70 W. Madison, Ste. 3300 <br> Chicago, IL 60602 <br> Tel: (312) 807-4240 <br> Fax: (312)345-8529 <br><br> *Attorneys for Plaintiffs Barco NV and Barco, Inc.* |

**LR 5-1 ATTESTATION**

Pursuant to Civil Local Rule 51(i)(3), I attest that I have authority to file this on behalf of counsel listed above.

*/s/ Michelle E. Moya*
Signature

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on April 24, 2020, with a copy of this email via the Court's CM/ECF system per Local Rule CV-5-1(h)(1).

*/s/ Michelle E. Moya*
Signature